AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

STEVEN JAMES PRZYBORSKI

SUMMONS IN A CIVIL CASE

V.

MIDLAND CREDIT MANAGEMENT, INC., AND LINDNER AND ASSOCIATES, P.C.

CASE NUMBER: 04·10470 NG

TO: (Name and address of Defendant)

LINDNER AND ASSOCIATES, P.C.
254 SECOND AVENUE
NEEDHAM, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN JAMES PRZYBORSKI
93 MORRISON AVE #1
SOMERVILLE, MA 02144

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  3-8-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/26/04 |
| NAME OF SERVER (PRINT) Justin Gibbs | TITLE Process server & disinterested person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 254 Second Avenue Needham MA,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $25.00 | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/26/04
          Date          Signature of Server

8 Langmaid Ave Somerville MA, 02145
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.