UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Steven James Przyborski, Plaintiff )
)
v. )
)
) CIVIL ACTION
Midland Credit Management, )
Inc., and Lindner & Associates, ) NO. 04-10470 NG
P.C., Defendants )

**AMENDMENT TO ORIGINAL COMPLAINT**

Plaintiff amends his original complaint as follows:

1. Plaintiff strikes the word "alleged" wherever it qualifies the word "debt".

2. For Counts One through Three in the aggregate, plaintiff demands $5,000.00 actual damages, additional damages under 15 USC § 1692k(a)(2), and costs.

_____
Steven James Przyborski
98 Morrison Avenue #1
Somerville, Massachusetts 02144
617-413-5435