UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Steven James Przyborski, Plaintiff )
)
v. )
) CIVIL ACTION
Midland Credit Management, )
Inc., and Lindner & Associates, ) NO. 04-10470 NG
P.C., Defendants )

**CERTIFICATE OF SERVICE**

I hereby certify and state under penalty of perjury that I served plaintiff's Amendment to Original Complaint on defendant Midland Credit Management, Inc., on March 16, 2004, by mailing it along with the Complaint and Waiver of Service of Summons form to Carl C. Gregory III, Midland Credit Management, Inc., 5775 Roscoe Court, San Diego, CA 92123-1356.

I hereby certify and state under penalty of perjury that I served plaintiff's Request for Leave to Make Second Amendment to Original Complaint on defendant Midland Credit Management, Inc., on April 8, 2004, by mailing it to Carl C. Gregory III, Midland Credit Management, Inc., 5775 Roscoe Court, San Diego, CA 92123-1356.

*[signed]* Steven J Przy  4-8-04
Steven James Przyborski
98 Morrison Avenue #1
Somerville, Massachusetts 02144
617-413-5435

Przyborski v. Midland Credit Mgmt, et. al.
Case No. 04-10470NG

# RETURN OF SERVICE

Service of the (1.) Amendment to Original Complaint and (2.) Request for Leave to Make Second Amendment to Original Complaint was made by me, _Justin Gibbs_, on March _26th_, 2004. My title is _Process Server & Disinterested Person_.

Service was made on

Lindner & Associates, P.C.
254 Second Ave.
Needham, Mass.

The method of service was:

_Served personally upon the defendant_

Statement of Service fees

Travel —
Services $25.00
Other —

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _3/26/04_

Signature of Server

_8 Langmaid Ave Somerville MA 02145_
Address of Server