UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10470NG

STEVEN JAMES PRZYBORSKI,
Plaintiff

v.

MIDLAND CREDIT MANAGEMENT,
INC. and LINDNER AND ASSOCIATES,
P.C.,
Defendants

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance on behalf of the defendant, Midland Credit Management, Inc. in the above-referenced matter.

**MIDLAND CREDIT MANAGEMENT, INC.**
By its attorney,

_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this _6_ day of May, 2004, I caused a copy of the above **Notice of Appearance** to be mailed to Steven James Pryzboroski, *pro se*, 98 Morrison Avenue, #1, Somerville, MA 02144.

_____
Steven S. Broadley

ID # 392994v01/5112-1/ 05.06.2004