UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   CASE NO. 04 10470NG
STEVEN JAMES PRZYBORSKI :
      Plaintiff :
:
V :
:
MIDLAND CREDIT MANAGEMENT, INC. :
AND LINDNER AND ASSOCIATES, PC :
      Defendants :
---------------------------------------------------------------x

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, Midland Credit Management Inc., a corporation, hereby discloses that its parent corporation is Encore Capital Corporation.

                        **MIDLAND CREDIT MANAGEMENT, INC.**
                        By its attorneys,

                        _____
                        Steven S. Broadley, BBO #542305
                        Posternak Blankstein & Lund, LLP
                        Prudential Tower
                        800 Boylston Street, 32nd Floor
                        Boston, MA  02199-8004
                        617-973-6100

Of counsel:  Jonathan D. Elliot, Esquire
             Federal Bar No. 05762
             Kleban & Samor, P.C.
             2425 Post Road
             Southport, CT 06490
             (203) 254-8968

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 14 day of May, 2004, I caused a copy of the above to be mailed to:

Steven James Przyborski, J.D.  
98 Morrison Avenue #1  
Somerville, MA 02144

Jonathan D. Elliot, Esquire  
Kleban & Samor, P.C.  
2425 Post Road  
Southport, CT 06490

_____  
Steven S. Broadley

ID # 393766v01/14063-2/ 05.13.2004

2