UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

----------------------------------------------------------x
STEVEN JAMES PRZYBORSKI                          :
                   Plaintiff                     :
                                                 :
        V                                        :
                                                 :
MIDLAND CREDIT MANAGEMENT, INC.                  :
AND LINDNER AND ASSOCIATES, PC                   :
                   Defendants                    :
----------------------------------------------------------x

CASE NO. 04-10470NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION FOR LEAVE TO ADMIT JONATHAN D. ELLIOT PRO HAC VICE

In accordance with Rule 83.5.3(b), Steven S. Broadley, a member of the bar of this Court

and the Commonwealth of Massachusetts, respectfully moves for the admission pro hac vice of

Jonathan D. Elliot of the Law Firm of Kleban & Samor, P.C., 2425 Post Road, Southport, CT

06890, to appear and practice in this Court on this case as co-counsel for defendant Midland

Credit Management, Inc.  As detailed in the Affidavit of Attorney Elliot (attached hereto as

Exhibit A) he is a member of the bar in good standing in every jurisdiction in which he has been

admitted to practice.  There are no disciplinary proceedings pending against him as a member of

the bar in any jurisdiction, and he is familiar with the local rules of the United States District

Court for the District of Massachusetts.  Payment of the $50.00 admission fee has been submitted

to the Clerk of the Court.  I have previously entered my appearance as counsel for the defendant,

National Financial Systems, Inc.

**WHEREFORE**, Steven S. Broadley hereby respectfully requests that the Court grant this

Motion for Leave to Admit Jonathan D. Elliot Pro Hac Vice.

ID # 399176v01/14063-2/ 07.01.2004

Respectfully submitted,

**MIDLAND CREDIT MANAGEMENT, INC.**
By its attorneys,

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004
617-973-6100

Of counsel:  Jonathan D. Elliot, Esquire
             Federal Bar No. 05762
             Kleban & Samor, P.C.
             2425 Post Road
             Southport, CT 06490
             (203) 254-8968

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this ___ day of July, 2004, I caused a copy of the above to be delivered to:

**Certified Mail**
Steven James Przyborski, J.D.
98 Morrison Avenue #1
Somerville, MA   02144

**Regular Mail**
Jonathan D. Elliot, Esquire
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490

Steven S. Broadley

ID # 399176v01/14063-2/ 07.01.2004

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -2  P 1: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

-----------------------------------------------------x

STEVEN JAMES PRZYBORSKI
    Plaintiff

       V

MIDLAND CREDIT MANAGEMENT, INC.
AND LINDNER AND ASSOCIATES, PC
    Defendants

-----------------------------------------------------x

CASE NO. 04 10470NG

JUNE 24, 2004

## AFFIDAVIT OF JONATHAN D. ELLIOT

I, Jonathan D. Elliot, do hereby state, as follows:

1.     I am a shareholder and attorney in the law firm of Kleban & Samor, P.C. 2425 Post Road, Southport, CT 06890. I represent Midland Credit Management, Inc. one of the defendants in this action.

2.     I am an attorney admitted to practice in the following courts: State Courts of Connecticut, United States District Court for the District of Connecticut United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit, and United States Tax Court. I am a member in good standing of the bar of each of the foregoing courts.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I have read and am familiar with the Local Rules of the United States Court for the District of Massachusetts in the above-captioned matter.

Exhibit A

5.      I respectfully request admission pro hac vice to the United States District Court for the

District of Massachusetts.


Dated: June 24, 2004
Southport Connecticut


By:_____

Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Tel: 203-254-8969
Fax: 203-259-9617


Subscribed and sworn to before me
this 24th day of June, 2004:

Notary Public
My Commission Expires

**LESLIE B. GIULIANI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2006

# CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this _1_ day of July, 2004, I caused a copy of the above to be delivered by certified mail to:

Steven James Przyborski, J.D.
98 Morrison Avenue #1
Somerville, MA   02144

_____
Steven S. Broadley

ID # 393763v01/14063-2/ 07.01.2004

4