# STEVE PRZYBORSKI

617-413-5435
upstate_steve@hotmail.com

FILED
IN CLERKS OFFICE

2004 JUL -6  P 4: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 2, 2004

Re:  Przyborski v. Midland Credit Management, Case No. 04-10470NG

Tony Anastas, Clerk of Court
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Mr. Anastas:

Please be advised that my permanent mailing address has changed to 82 Rogers Ave., Somerville, MA 02144-2209. I am still litigating this case on a pro se basis, so the Court can continue sending materials to me, at my new address.

Best regards,

*[signature: Steve JP]*

Steve Przyborski