UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-10470NG

STEVEN JAMES PRZYBORSKI,
    Plaintiff

v.

MIDLAND CREDIT MANAGEMENT, INC. and LINDNER AND ASSOCIATES, PC.,
    Defendants

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that all claims in this action shall be, and they hereby are, dismissed with prejudice and without costs. The parties will bear their own costs and attorney fees, and they expressly waive all rights of appeal.

**STEVEN JAMES PRZYBORSKI**

*Pro Se*

*/s/ Steven J.P.*

Steven James Przyborski
82 Rogers Avenue
Somerville, MA 02144-2209
617-413-5435

Mark Lindner individually, and
**LINDNER AND ASSOCIATES, PC,**
By its attorney,

*/s/*

Mark Lindner, BBO #300680
Lindner & Associates PC
254 Second Avenue
Needham, MA 02494
781-247-1100

**MIDLAND CREDIT MANAGEMENT, INC.**
By its Attorneys,

*/s/*

Steven S. Broadley, BBO #542305
Posternak, Blankstein & Lund, L.L.P.
The Prudential Tower
800 Boylston Street
Boston, MA 02199
617-973-6100

ID # 401974v01/14063-2/ 08.02.2004
8/2/2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN JAMES PRZYBORSKI,<br>    Plaintiff<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br>INC. and LINDNER AND ASSOCIATES,<br>PC,<br>    Defendant | C.A. No. 04-cv-10470NG |

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this ___ day of August, 2004, I caused a copy of the Stipulation of Dismissal above to be delivered to:

Steven James Przyborski, J.D.  
82 Rogers Avenue  
Somerville, MA 02144-2209

Jonathan D. Elliot, Esquire  
Kleban & Samor, P.C.  
2425 Post Road  
Southport, CT 06490

Mark Lindner, Esquire  
Lindner & Associates, PC  
254 Second Avenue  
Needham, MA 02492

_____  
Steven S. Broadley

ID # 403877v01/14063-2/ 08.18.2004